1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  Donald J. Enright (to be admitted *pro hac vice*)
   Email: denright@zlk.com
6  Elizabeth K. Tripodi (to be admitted *pro hac vice*)
   Email: etripodi@zlk.com
7  **LEVI & KORSINSKY, LLP**
   1101 30th Street NW, Suite 115
8  Washington, DC 20007
   Telephone: (202) 524-4290
9  Facsimile: (202) 337-1567

10 *Counsel for Plaintiff Donald Skinner*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DONALD SKINNER, an individual, | Case No. 3:18-cv-03928-JSC |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| STEADYMED LTD., STEADYMED THERAPEUTICS, INC., KEITH BANK, ELIZABETH CERMAK, STEPHEN FARR, RON GINOR, DONALD HUFFMAN, JONATHAN RIGBY, and BRIAN STARK, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Donald Skinner ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") without prejudice as moot.  Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: July 19, 2018                    **LEVI & KORSINSKY, LLP**

                                        By: /s/ *Rosemary M. Rivas*
                                        Rosemary M. Rivas
                                        44 Montgomery Street, Suite 650
                                        San Francisco, CA 94104
                                        Telephone: (415) 291-2420
                                        Facsimile: (415) 484-1294

                                        Donald J. Enright (to be admitted *pro hac vice*)
                                        Elizabeth K. Tripodi (to be admitted *pro hac vice*)
                                        **LEVI & KORSINSKY, LLP**
                                        1101 30th Street NW, Suite 115
                                        Washington, DC 20007
                                        Tel: (202) 524-4290
                                        Fax: (202) 337-1567

                                        *Counsel for Plaintiff Donald Skinner*